upon the roll. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York ex rel. Sanborn Map Company, Respondent, v. Peter Ceder, as President, and Others, as Trustees of the Village of North Pelham, and Another, Respondents, Appellants. Assessment of 1915.— Judgment reversed, and new hearing ordered at the Westchester Special Term, with or without a referee as the court there may determine, costs to abide the event, upon authority of *People ex rel. Sanborn Map Co.* v. *Ceder* (*Assessments for 1913 and 1914*) (*ante*, p. 925), decided herewith. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred. •

Nettie F. Valentine, Respondent, v. Point O'Woods Association, Appellant. — The partition suit being *quasi in rem*, the policy of the law is to have all interests before the court (Code Civ. Proc. § 452), especially derivative rights from a common ancestor. After a motion to intervene has been noticed and then adjourned, and is pending, the suit may not be unqualifiedly withdrawn and discontinued. Hence the discretion of the court at Special Term to set aside such discontinuance, and to permit the intervenors to come in and defend, notwithstanding this attempt to drop the suit being based on grounds and considerations peculiar to a partition suit, was rightly exercised. The order setting aside the discontinuance, restoring the *lis pendens* and admitting the intervenors to come in and defend, is, therefore, affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

George O. Shields, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant.— Judgment and order reversed, and new trial granted, costs to abide the event, unless within twenty days from the entry of this order plaintiff stipulate to reduce the recovery of damages to $1,000, in which event the judgment as so modified and the order are unanimously affirmed, without costs of this appeal. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

Hudson Valley Dairy Company, Respondent, v. Hyman Shereshevsky, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of Harry Cook, an Attorney.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Samuel T. Williams and Another, Plaintiffs, v. Peter Keeler Building Company and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Blanche H. Hamilton, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Sussman Klein, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order unanimously affirmed on reargument, with costs, and also disbursements of reargument. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.